UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ROBERT HULVEY,

    Plaintiff,

v.                                                                            Case No. 2:08-cv-237
                                                                           HON. R. ALLAN EDGAR

DANIEL QUIGLEY, et. al.,

    Defendants.
_____/

**ORDER**

      Plaintiff Robert Hulvey, a Michigan state prisoner in the custody of the Michigan Department of Corrections, brings this *pro se* civil rights action under 42 U.S.C. § 1983. Plaintiff Hulvey made a motion for a "declaratory order" or preliminary injunction [Doc. No. 26] seeking to be moved or transferred to a safe prison environment and assigned to a different security level.

      On February 18, 2009, Magistrate Judge Timothy P. Greeley submitted his report and recommendation [Doc. No. 48] pursuant to 28 U.S.C. § 636(b)(1)(B) and W.D. Mich. LCivR 72.1(c). It is recommended that the plaintiff's motion be denied. Plaintiff Hulvey has not timely filed an objection to the report and recommendation.

      After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). Accordingly, the plaintiff's motion for a "declaratory order" or preliminary injunction [Doc.

1

No. 26] is **DENIED**.

SO ORDERED.

Date: March 11, 2009.

　　　　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE